**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7591**

———————

ROBERT R. LAWRENCE,

                                        Plaintiff - Appellant,

        versus

MONTGOMERY COUNTY, MARYLAND; SHON BARR, Police
Office PO #1439; MONTGOMERY COUNTY POLICE
DEPARTMENT, 1st District; MONTGOMERY COUNTY
MARYLAND GOVERNMENT; DOUGLAS M. DUNCAN,
Montgomery County "Executive",

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(8:05-cv-02051-AW)

———————

Submitted:  February 28, 2007        Decided:  March 27, 2007

———————

Before TRAXLER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert R. Lawrence, Appellant Pro Se.  Edward Barry Lattner, COUNTY
ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert R. Lawrence appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lawrence v. Montgomery County, No. 8:05-cv-02051-AW (D. Md. Aug. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED